IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE PARKER, | § | |
| | § | No. 377, 2021 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. K21A-09-002 |
| DELAWARE DEPARTMENT OF | § | |
| HEALTH AND SOCIAL | § | |
| SERVICES, AUDIT AND | § | |
| RECOVERY MANAGEMENT | § | |
| SERVICES, | § | |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: May 13, 2022
Decided: June 15, 2022

## **ORDER**

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order dated November 3, 2021. The appellant's claim that she was not properly served in the Justice of the Peace Court proceedings in 2018 does not explain why she did not file an appeal from the Justice of the Peace Court's judgment until 2021, even after the garnishment of her wages would have given her notice of the proceedings, or why her appeal to the Superior Court was also untimely.

NOW, THEREFORE, IT IS ORDERED that judgment of the Superior Court is AFFIRMED. The appellant's motions are MOOT.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice